United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BRICKLAYERS, ET AL.,<br><br>        Plaintiff(s),<br><br>  v.<br><br>GENTRY MASONRY CORP.,<br><br>        Defendant(s).<br>_____/ | No. C 09-04604 JCS<br><br>**ORDER TO SHOW CAUSE** |

    Pursuant to Civil L.R. 16-2, a case management conference was scheduled on January 8, 2010, at 1;30 p.m., before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

    IT IS HEREBY ORDERED that Plaintiff appear on **February 5, 2010, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to prosecute this action, failure to comply with the Court's September 29, 2009 Order, and failure to appear at the case management conference on January 8, 2010. A case management conference is also scheduled for February 5, 2010, at 1:30 p.m.

    IT IS SO ORDERED.

Dated: January 11, 2010

                                                                            _____<br>
                                                                            JOSEPH C. SPERO<br>
                                                                            United States Magistrate Judge