UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF THE BRICKLAYER LOCAL NO. 7 PENSION TRUST,

      Plaintiffs,

  v.

GENTRY MASONRY CORP.,

      Defendant.

No. C-09-04604 JCS

**ORDER FOR ADDITIONAL MATERIALS**

In this ERISA enforcement action, Plaintiffs bring a Motion for Default Judgment seeking entry of default judgment and an order awarding unpaid withdrawal liability. The Motion came on for hearing on Friday, May 7, 2010 at 1:30 p.m. At the hearing, the Court requested supplemental materials, including a copy of the original notice containing the amount of Gentry's withdrawal liability, referenced in paragraph 8 of the complaint. Plaintiffs have now provided a copy of that letter, dated June 27, 2008. Although the copy provided to the Court does not include a signature page, the letter appears to have been written by Sharon Turner, of Allied Administrators. The letter reflects that the amount of Defendants' withdrawal liability was $145,134.58. This amount differs from the amount of withdrawal liability alleged in the complaint and stated in the Motion of $135,286.35.

The Court requests that Plaintiffs provide, within **fourteen (14) days** of the date of this order, a declaration from their Administrator, preferably the individual who calculated the

withdrawal liability stated in the June 27, 2008 letter, addressing the calculation of Gentry's withdrawal liability and attesting to the accuracy of the amount sought in the Complaint and in the Motion.

Dated: May 24, 2010

JOSEPH C. SPERO
United States Magistrate Judge