UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF THE BRICKLAYERS LOCAL
NO. 7 PENSION TRUST,

    Plaintiff,

    v.

GENTRY MASONRY CORPORATION,

    Defendant.
_____/

No. C 09-4604 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court has reviewed the Magistrate Judge's Report and Recommendation Re: Plaintiffs' Motion for Default Judgment. No objections to the report were filed. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiffs' motion for default judgment is GRANTED. Plaintiffs are furthermore awarded the following amounts: (1) $123,469.89 in unpaid withdrawal liability; (2) $24,693.97 in liquidated damages; (3) $10,892.41 in interest; (4) $4808.50 in attorney's fees; and (5) $425.00 in costs.

**IT IS SO ORDERED**.

Dated: June 22, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge