UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF THE BRICKLAYERS LOCAL
NO. 7 PENSION TRUST,

    Plaintiff,

    v.

GENTRY MASONRY CORPORATION,

    Defendant.
_____/

No. C 09-4604 PJH

**JUDGMENT**

    This action came on for hearing before the court and the issues having been duly heard and the court having granted plaintiffs' motion for default judgment,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: June 22, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge